UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEITORE COATES,<br>Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>Defendant. | Case No. 2:26-cv-0064-DC-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

On February 18, 2026, defendant filed a notice of settlement and requested 60 days to file dispositional documents. ECF No. 5. In light of that filing, the court ordered the parties to file dispositional documents within 60 days in accordance with the provisions of E.D. Cal. L.R. 160. The parties failed to comply with that order. Accordingly, on May 12, 2026, the court issued another order directing the parties to file dispositional documents within fourteen days. ECF No. 7. The parties again failed to comply with that order or otherwise respond.

The parties will be ordered to show cause why sanctions should not be imposed for their failure to comply with the court's February 19, 2026 and May 12, 2026 orders. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Accordingly, it is hereby ORDERED that:

1. Both plaintiff and defendant shall show cause, by no later than July 31, 2026, why sanctions should not be imposed for failure to comply with the court's February 19, 2026 and May 12, 2026 orders.

2. The parties shall file dispositional documents by July 31, 2026.

3. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: July 21, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE